# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 2, 2020

## NO. 03-19-00522-CV

**Tilana Toney, Appellant**

**v.**

**Steve Strickland, Appellee**

## APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH

This is an appeal from the final order signed by the trial court on July 3, 2019. Having reviewed the record, the Court holds that Tilana Toney has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.